UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re Subpoena Issued to:*

FEDERAL BUREAU OF INVESTIGATION,
c/o U.S. Attorney's Office, Civil Division
601 D Street, NW
Washington, DC 20530,

*In the Criminal Matter of:*

UNITED STATES OF AMERICA

      v.

KAVON YOUNG,

          Defendant.

Misc. No. ___24-2956___

*on removal from*
No. 2019 CF1 012406 (D.C. Super. Ct.)

## NOTICE OF REMOVAL OF SUBPOENA MATTER

Pursuant to 28 U.S.C. § 1442(a)(1), the Department of Justice ("Agency"), by and through undersigned counsel, hereby files this Notice of Removal ("Notice").  In support of this Notice, the Agency states as follows.

1.      The Agency is in receipt of a subpoena in the criminal prosecution captioned, *United States v. Young*, No. 2019 CF1 012406 (D.C. Super. Ct.), filed in the Superior Court for the District of Columbia, Criminal Division (the "Underlying Case").

2.      The Agency received the subpoena on or about September 25, 2024. A copy of the subpoena is attached hereto as Exhibit A.

3.      The Agency is part of the U.S. Government.  Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1).  *See Brown & Williamson Tobacco Corp. v. Williams*, 62 F.3d 408, 415 (D.C. Cir. 1995) (removal of subpoena matters are appropriate under 28 U.S.C. § 1442); *Houston Bus. J., Inc. v. Off. of Comptroller of Currency*, 86 F.3d 1208, 1211

(D.C. Cir. 1996) (quashing state court subpoena on removal to federal court as barred by sovereign

immunity).

      4.     A notice of filing of this Notice of Removal will be filed in the Superior Court of

the District of Columbia.

      WHEREFORE, the subpoena described above now pending in the Superior Court of the

District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and

1446.

Dated: October 18, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       */s/ Tabitha Bartholomew*
      TABITHA BARTHOLOMEW
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      202-252-2529
      Tabitha.Bartholomew@usdoj.gov

      *Attorneys for the United States of America*



# PUBLIC DEFENDER SERVICE
*for the District of Columbia*



CHAMPIONS OF LIBERTY

Heather N. Pinckney
*Director*

Rudolph Acree, Jr.
*Deputy Director*

BOARD OF TRUSTEES

Jonathan Stern
*Chairperson*

*Vacant*
*Vice Chairperson*

Barry Caldwell

Joseph P. Caleb

Lisa Greenman

Brandi Harden

Larry Moon, Jr.

Bonnie Politz

Michael Satin

Deborah Shore

Leslie T. Thornton

Sylvie Volel

633 Indiana Avenue, NW

Washington, DC  20004

Tel     (202) 628-1200
        (800) 341-2582

TTY   (202) 824-2531

Fax    (202) 824-2784

www.pdsdc.org

9/25/2024

FBI Laboratory
DNA Casework Unit
2501 Investigation Parkway
Quantico, VA 22135

Attention: *Custodian of Records*

**Re: Request for Records for Kavon Young- 2019 CF1 012406**

To Whom It May Concern,

I am writing on behalf of Mani Golzari, staff attorney at the Public Defender Service for the District of Columbia. Mr. Golzari is representing Kavon Young in criminal matter 2019 CF1 012406 before the Superior Court for the District of Columbia. Attached is a Subpoena Duces Tecum for the following records.

We are requesting:

1. DNA Procedures Manual, Procedures for Interpretation of Legacy DNA Data (DNA 230), all versions, including but not limited to revision 0 (issuance data unknown) and revision 1 (issued 2/28/18)
2. DNA Procedures Manual, Procedures for the Interpretation of DNA Typing Results from the AmpFlSTR Profiler Plus ID and Cofiler Amplification Kits using the ABI GeneMapper ID (GMID) Analysis Software (DNA 216), all versions from revision 0 (issued 12/3/07) to the last revision (issuance date unknown).

Please contact me if you have any questions or concerns about producing the records requested. If possible, you are welcome to email the records to mmoran@pdsdc.org

Thank you in advance for your assistance.

Best,

*McKayla Moran*

McKayla Moran
Investigative Specialist
Public Defender Service for the District of Columbia
633 3rd Street NW, Washington, DC 20001
Cell: 202-497-6466 • Email: mmoran@pdsdc.org

**On Behalf of Attorney:**
Mani Golzari
Deputy Trial Chief
Public Defender Service for the District of Columbia
633 3rd Street N.W.
Washington, D.C. 20001
(202) 824-2407

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**Criminal Division – Felony Branch**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 2024 CSPSLD 000289 |
|  | : |  |
|  | : | **Criminal No. 2019 CF1 012406** |
| **v.** | : | **Judge Anthony Epstein** |
|  | : | **Motions Hearing: October 4, 2024** |
| **KAVON YOUNG** | : |  |
|  | : |  |

**FILED UNDER SEAL**

**EX PARTE ORDER**

Upon consideration of the   Motion To Permit the Service of a Subpoena Outside of the

Twenty-Five Mile Radius of the Courthouse, it is hereby **ORDERED,** that the defendant's Motion

is **GRANTED** and defense counsel is authorized to issue the attached subpoenas outside of the

twenty-five-mile radius of the District of Columbia Superior Court Courthouse.

Furthermore, this motion and order is to remain under seal.

It is so **ORDERED** this  24th  day of  September  2024.

Anthony C Epstein
_____

Hon. Anthony Epstein
Associate Judge
Superior Court of the District of Columbia

*IN FORMA PAUPERIS*

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## CRIMINAL DIVISION

## SUBPOENA

*DUCES TECUM*

**UNITED STATES**

~~District of Columbia~~

Vs.

Kavon Young

2024 CSPSLD 000289

Case No. _____ 2019 CF1 012406

To _____ **FBI Laboratory, DNA Casework Unit**

_____ **2501 Investigation Parkway, Quantico, VA 22135**

**YOU ARE HEREBY COMMANDED:**

To appear before the ~~Criminal Division room~~/courtroom __233__ of the Superior Court of the District of Columbia, 500 Indiana Avenue/~~Judiciary Center, 555 Fourth Street~~, N.W., Washington, D.C. on the __4__ day of

_____**October**_____, 20 __24__, at __9:30 AM__ a.m./p.m. as a witness for

the defense

and bring with you: DNA Procedures Manual, Procedures for Interpretation of Legacy DNA Data (DNA 230), all versions, including but not limited to revision 0 (issuance date unknown) and revision 1 (issued 2/28/18)

AND _____

DNA Procedures Manual, Procedures for the Interpretation of DNA Typing Results from the AmpFlSTR Profiler Plus ID and Cofiler Amplification Kits using the ABI GeneMapper ID (GMID) Analysis Software

(DNA 216), all versions from revision 0 (issued 12/3/07) to the last revision (issuance date unknown).

_____

_____

_____

_____

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this

_____ day of _____, 20 _____.

_____     _____
Officer in Charge          District

*Clerk, Superior Court*
*Of the District of Columbia*

**Mani Golzari**

_____
Attorney for ~~Government~~/Defendant
Phone No. _____ (202) 824-2407

Authorization as required by D.C. Code s 14-307 and *Brown v. U.S.,* 567 A.2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

_____     _____
Date          Judge

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:** 10/04/2024

I hereby certify that I have personally served, or have executed as shown in **"REMARKS,"** the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| | Emailed to lab.discovery@fbi.gov |

I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason (s) as shown in **"REMARKS."**

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| | 09/25/2024 2:45 pm |
| **REMARKS** | Signature of Title of Server *McKayla Moran* |
| | McKayla Moran, Investigative Specialist |